# Exhibit A

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| CHRISTOPHER SCHOTT | ) | |
| | ) | |
| (Plaintiff) | ) | |
| | ) | |
| v. | ) | Case No. <u>2021L000739</u> |
| VICTORIA ANDERSON | ) | |
| (Defendants) | ) | |
| | ) | |

### <u>- REQUIRING APPEARANCE WITHIN 30 DAYS AFTER SERVICE</u>

To each Defendant: <u>Victoria Anderson 2819 Virginia Park Dr. Valparaiso, IN 46383</u>

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within (30) days after service of this Summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELEIEF ASKED IN THE COMPLAINT.**

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk with your local circuit clerk's office.

Please contact the Will County Circuit Clerk's Office, 14 W. Jefferson Street, Room 212, Joliet, IL 60432 by telephone (815)727-8592 or visit our website www.circuitclerkofwillcounty.com for more information.

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than thirty (30) days after its date.

Witness: _____ 10/06/2021 _____, 20_____

_Andrea Lynn Chasteen_
ANDREA LYNN CHASTEEN
(Clerk of the Circuit Court)

Attorney or Party, if not represented by an attorney
Name: <u>Michael Silverman</u>
ARDC#: <u>6232109</u>
Firm Name: <u>Horwitz, Horwitz, and Associates</u>
Attorney For: <u>Plaintiff</u>
Address: <u>25 E. Washington, Suite 900</u>
City & Zip: <u>Chicago, IL 60602</u>
Telephone: <u>312-372-8822</u>

_____, 20_____
(To be inserted by officer on the copy left with the defendant or other person)

Exhibit A

STATE OF ILLINOIS    )
                      ) SS.
COUNTY OF WILL    )

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

### ADMINISTRATIVE ORDER NO. 2020-20

---

### REMOTE APPEARANCES IN CIVIL MATTERS

WHEREAS, the Court has entered Administrative Orders to authorize modifications to Court proceedings and protocols in light of the COVID-19 health emergency;

WHEREAS, the Federal government, State government and the Centers for Disease Control have issued Orders and recommendations that individuals maintain social distancing in order to reduce the spread of COVID-19;

WHEREAS, the Civil Division of the Twelfth Judicial Circuit wishes to use remote appearances in order to reduce the number of individuals having to appear in person before the Court;

THEREFORE, IT IS HEREBY ORDERED THAT pursuant to Administrative Orders 2020-08 and 2020-16, the Civil Division sets forth the following procedures for remote appearances in civil cases:

1. Until further notice, cases currently scheduled before the Court after May 31, 2020, shall be conducted by remote appearance via Zoom. The Circuit Clerk is Ordered to notify all parties of record.
2. This Order shall be served with all issued summons, including those issued with the filing of a new lawsuit.
3. Attorneys and self-represented litigants shall appear at the remote proceeding by Zoom or telephone. If a party is unable to participate by Zoom or telephone, the party is required to appear at the courthouse and comply with all face-covering and social distancing requirements.
4. The attached Remote Court Instructions are adopted included with this Order.
5. All participants are responsible for accessing and joining the Zoom proceeding. The Court will not contact the parties to join the proceeding.
6. All attorneys and self-represented litigants must provide and update e-mail address(es) and phone number(s) through the Circuit Clerk's website at www.circuitclerkofwillcounty.com.
7. All courtroom rules and procedures shall also be observed in all remote proceedings, including use of proper decorum, proper dress, and appropriate language.
8. Recording of these proceedings is strictly prohibited. The official Court record will continue to be created electronically or by a certified court reporter.
9. Attorneys shall submit a proposed Order by the end of the business day through EFile IL.
10. Failure to appear, whether through the Zoom call or in person, may result in a default judgment.

This Order is effective immediately.

DATED THIS 19 DAY OF MAY, 2020.

Richard C. Schoenstedt, Chief Judge

Circuit Clerk (Original)
Judges
State's Attorney
Will County Bar Associations

Exhibit A

# Remote Court Instructions for Participants

Court in the Annex rooms A117, A129, A201, A227, A236, Rms 803, 1001 & 1002 in the main courthouse and Rm 2 in the River Valley Justice Center will be conducted via Zoom until further notice. Zoom is free and can be used with a laptop, smart phone with a camera, landline, or other telephone. Instructions are below.

## Meeting ID

The Zoom meeting ID number for each judge is listed below and will always remain the same. You may login early and wait for the judge to log in to start the meeting (you may be in a waiting room until admitted).

J. Anderson (Rm A236) – 930 2919 0133
J. Jarz (Rm 803 ) – 919 7619 1672
J. O'Leary (Rm A227) - 556 881 0712
J. Osterberger(Rm 1002) – 954 9877 7674
J. Petrungaro (Rm A117) - 992 7448 0487
J. Rickmon (Rm A201) – 959 2357 1680
J. Rossi (Rm A129) - 912 2466 3711
J. Allen(Rm 1001)- 719 811 8159
J. Pavich (Rm 002) - 963 988 4732

## Password

Once you login, you will be asked for a password to join the meeting.

The password for each judge is listed below and will always remain the same:

J. Anderson (Rm A236) – 236236
J. Jarz (Rm 803 ) – 311311
J. O'Leary (Rm A227) - 227227
J. Osterberger(Rm 1002) – 111111
J. Petrungaro (Rm A117) - 117117
J. Rickmon (Rm A201) – 201201
J. Rossi (Rm A129) - 129129
J. Allen (Rm 1001)- 002002
J. Pavich (Rm 002) - 002002

### Procedure for attorneys or self-represented litigants using a computer with a camera & microphone:

1. Create a Zoom account by going to Zoom.us and click "sign up, it's free" and follow the prompts from there.

2. Make sure your email address and phone numbers are current with the Circuit Clerk's office.

3. Once Zoom opens, click "join a meeting" on the upper right.

4. Message box will appear asking for meeting ID number. Input the assigned judge's meeting ID.

5. Message box will appear. Click "open Zoom."

6. Message box may ask for the password. Input the assigned judge's password.

7. Screen should load, showing your face. Click "join with video."

8. Message box will appear, click "join with computer audio."

### Procedure for using Zoom on cell phone:

1. Download the Zoom cloud meeting app on your cell phone.

2. Open the app and tap "Sign Up" (by following the prompts).

3. Tap "Join."

4. Input the meeting ID number or personal link name. Input assigned judge's meeting ID.

5. Message box may ask for the password. Input the assigned judge's password.

6. Tap 'Join with video."

7. Tap "call using internet audio."

8. Tap anywhere on the screen to make the header bars appear.

### Procedure for using Zoom on a landline or phone without Zoom app:

1.Dial one of the below US dial-in numbers:

| United States of America | +1 312 626 6799 |
| | +1 929 436 2866 |
| | +1 301 715 8592 |
| | +1 669 900 6833 |
| | +1 253 215 8782 |
| | +1 346 248 7799 |

2.

2. When prompted, input the assigned judge's meeting ID as listed above, followed by the pound key (#).

3. When prompted, input the assigned judge's password as listed above, followed by the pound key (#).

**The Judge may mute participants until their case is called.**

**Failure to appear whether through the Zoom call or in person, may result in a default being entered against you.**

Exhibit A



# Affidavit of Compliance for Service of Process on Non-resident

**To effect service: please serve the Office of the Secretary of State with 2 copies of the summons, 1 copy of the complaint, and a fully executed Affidavit of Compliance. Fee: $5.**

Pursuant to Section 10-301 of the Illinois Vehicle Code (Chapter 625, Section 5/10-301, Illinois Compiled Statutes, Service of Process on Non-resident), the undersigned states that:

1. I am (plaintiff/attorney for plaintiff) in the following named case:

   *Christopher Schott* vs. *Victoria Anderson* No. *2021 L 000739*
   <u>First Named Plaintiff</u>         <u>Defendant to be Served</u>

2. This cause of action arises from the use and operation, by the defendant to be served or his duly authorized agent or employee, of a vehicle over or upon the highways of the State of Illinois, which resulted in damage or loss to the person or property of (~~the undersigned~~/client of the undersigned). (Strike inapplicable term.)

3. The defendant to be served through the Secretary of State falls under one of the following: (check appropriate box)

   a) [X] At the time of the accident the defendant was and remains a non-resident of this state, or

   b) [ ] Was a resident of this state at the time the cause of action arose but has subsequently become a non-resident of this state, or

   c) [ ] At the time the cause of action arose, the vehicle was owned by a non-resident and was being operated over and upon the highways of this state with the owner's express or implied permission.

4. The undersigned makes this affidavit for the purpose of inducing the Secretary of State to accept service of process on behalf of the named defendant herein according to the provisions of Section 10-301 of the Illinois Vehicle Code. These provisions are applicable to the instant proceeding. The undersigned has complied with and will continue to comply with all of the requirements of said Section. Further, these provisions require notice of such service and a copy of the process to be sent by registered mail within 10 days by the plaintiff to the defendant at his/her last known address, with the plaintiff's Affidavit of Compliance appended to the summons.

5. The undersigned is aware that **any person instituting any action, suit or proceeding who uses Section 10-301 of the Illinois Vehicle Code to effect service of process, shall be liable for attorney's fees and costs of the defendant if the court finds that the person instituting the action knew or should have known that this section is not applicable for effecting service in such action.**

The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

*Michael Silverman*                    *10-8-2021*
<u>Signature of Affiant</u>                        <u>Date</u>

Subscribed before me this _8th_ day of _October_, 200_21_.

*Laurel S Perper*
<u>Notary Public</u>

> OFFICIAL SEAL
> LAUREL SAMANTHA PERPER
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:12/12/22

Exhibit A

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2021L 000739
Filed Date: 9/24/2021 10:27 AM
Envelope: 14894941
Clerk: AHD

STATE OF ILLINOIS        )
                              ) SS:

COUNTY OF WILL        )

## IN THE CIRCUIT COURT OF THE 12TH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| | |
|---|---|
| CHRISTOPHER SCHOTT     ) | |
|                 Plaintiff    ) | |

CHRISTOPHER SCHOTT         )
                               )
              Plaintiff    )
                               )    NO. 2021L 000739
v.                             )
                               )
VICTORIA ANDERSON      )
                               )
                               )
            Defendant   )
                               )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, CHRISTOPHER SCHOTT, by his attorneys, HORWITZ,

HORWITZ AND ASSOCIATES, LTD., and complaining of the Defendant, VICTORIA

ANDERSON, alleges as follows:

1. That on or approximately November 1, 2019, Defendant Victoria Anderson was

    operating a vehicle northbound on Broadway Street approaching Western Ave in the

    City of Joliet, County of Will and State of Illinois.

2. That on or approximately November 1, 2019, Plaintiff Christopher Schott was

    operating a vehicle westbound on Western Ave approaching Broadway Street in the

    City of Joliet, County of Will and State of Illinois.

3. That at said time and place, the front end of the vehicle operated by Victoria

    Anderson struck the rear end of the vehicle operated by Plaintiff.

Initial case management set for
1/10/2022 at: 9:00 a.m.

docketed

Exhibit A

4.  That the aforesaid Defendant had a duty to exercise reasonable care for the safety of the Plaintiff.

5.  That notwithstanding said duty the aforesaid Defendant breached said duty and was then and there guilty of one or more of the following acts and/or omissions:

    a)  Drove said vehicle at a speed that was greater than reasonable and proper, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes.

    b)  Failed to decrease the speed of said vehicle when approaching or crossing said intersection, in violation of 625 ILCS 5/11-601 of the Illinois Compiled Statutes.

    c)  Followed Plaintiff's vehicle more closely than was reasonable and prudent, having due regard for the speed of said vehicle and the traffic upon and the condition of the highway, in violation of 625 ILCS 5/11-710 of the Illinois Compiled Statutes.

    d)  Failed to observe and obey the stop sign at said intersection, in violation of Act 5, Sec. 11-903, Chapter 625 of the Illinois Compiled Statutes.

    e)  Drove said vehicle without brakes adequate to control its movement, and to stop and hold it, in violation of 625 ILCS 5/12-301 of the Illinois Compiled Statutes.

    f)  Failed to sound the horn on said vehicle so as to give warning of its approach, in violation of 625 ILCS 5/12-601 of the Illinois Compiled Statutes.

    g)  Failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed.

    h)  Failed to decrease the speed of said vehicle so as to avoid colliding with Plaintiff's vehicle.

i) Failed to stop said vehicle in time to avoid said collision, although Defendant saw, or should have seen, that it was impending and had ample time and opportunity to avoid it.

j) Failed to adjust their speed or take other evasive action in order to avoid an imminent collision, in violation of 625 ILCS 5/11-601; and

k) Failed to pay proper attention to traffic ahead of her vehicle.

6. That one or more of the aforesaid acts or omissions constituting legal misconduct of the Defendant was a proximate cause of said occurrence and Plaintiff's personal injuries as hereinafter mentioned.

7. That as a direct and proximate result of one or more of the aforesaid acts and/or omissions of the Defendant, the Plaintiff then and there sustained severe and permanent injuries, both internally and externally, and was and will be in the future hindered and prevented in whole or in part from attending to usual duties and affairs, and has lost and in the future will lose, the value of that time, and has suffered a loss of earning capacity, as aforementioned. Further, that the Plaintiff also suffered great pain and anguish both in mind and body, and will in the future continue to so suffer; the Plaintiff further expended and became liable for and will in the future expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff demands judgment against the Defendant in excess of $50,000.00 to satisfy the jurisdictional limitation of this court, and in such additional amounts as the Court shall deem proper, plus the costs of this action.

Exhibit A

Michael Silverman

**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: clmail@horwitzlaw.com

Exhibit A

**HORWITZ HORWITZ** & *Associates*

Mitchell W. Horwitz
Clifford W. Horwitz
Marc A. Perper
Jay R. Luchsinger
Wayne L. Newman
Mark Weissburg
Michael T. Wierzbicki
Michael D. Carter, Jr.
Michael A. Silverman
Thomas A. Kelliher
Tyler D. Berberich

O. Randolph Bragg
Nicole A. Morrison
David J. Starshak
Zbigniew J. Bednarz
Amy L. Harriman
Matthew Cannon
Daniel A. DeBias
Joshua Horwitz
Monica Prisco

October 8, 2021

Ms. Victoria Anderson
2819 Virginia Park Dr
Valparaiso, IN 46383

RE:    **Christopher Schott v. Victoria Anderson**
Court Number:     2021L000739
Our File Number:  31464
D/A:              11/01/19

Dear Ms. Anderson:

As you are aware, you were involved in an accident November 1, 2019. We have asked the State of Illinois to accept service of summons and complaint on your behalf.

We have enclosed a copy of the summons and complaint. Please forward a copy of the summons and complaint to your insurance company that was in force at the time of the accident.

If you have any questions, feel free to call me at 312-372-8822.

Very truly yours,

HORWITZ, HORWITZ, AND ASSOCIATES, LTD.

Michael Silverman
MS/mw

H_H  HorwitzLaw.com

25 E Washington Street
Suite 900
Chicago, IL 60602

Toll Free  800-594-7433
Chicago 312-372-8822
Fax  312-372-1673

Exhibit A

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2021L 000739
Filed Date: 9/21/2021 10:27 AM
Envelope: 14894941
31464          Clerk: AHD

STATE OF ILLINOIS       ) 
                             ) SS:

COUNTY OF WILL       )

## IN THE CIRCUIT COURT OF THE 12TH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| CHRISTOPHER SCHOTT | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 2021L 000739 |
| | ) | |
| | ) | |
| VICTORIA ANDERSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### SUPREME COURT RULE 222(b) AFFIDAVIT

1. The undersigned, Michael Silverman, does hereby state under oath and under penalty

   of perjury:

2. My name is Michael Silverman

3. I represent the Plaintiff in the above-captioned case.

4. I have conducted an investigation into this case.

5. The Plaintiff is seeking damages in excess of $50,000.00

6. FURTHER AFFIANT SAYETH NOT

Michael Silverman
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822

Exhibit A

Andrea Lynn Chastee
Will County Circuit Cler
Twelfth Judicial Circuit Cour
Electronically Filed
2021L 00073!
Filed Date: 9/21/2021 10:27 AM
Envelope: 1489494
31464          Clerk: AHC

STATE OF ILLINOIS    )
           ) SS:
COUNTY OF WILL    )

## IN THE CIRCUIT COURT OF THE 12TH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| CHRISTOPHER SCHOTT | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 2021L 000739 |
| | ) | |
| VICTORIA ANDERSON | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## JURY DEMAND

The undersigned demands a jury trial.

Michael Silverman
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822

Exhibit A